# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

ROBERT LEE DAVIS                                                          PLAINTIFF

V.                                      2:07CV00029-WRW

GARY MITCHUSSON *et al.*                                                  DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 18th day of April, 2007.


                                                        /s/Wm. R. Wilson, Jr.
                                                    UNITED STATES DISTRICT JUDGE